1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ALTON SINGLETON,                         No.  2:25-cv-2025 CKD P

12              Plaintiff,

13        v.                                   ORDER AND

14   UNKNOWN,                                  FINDINGS AND RECOMMENDATIONS

15              Defendant.

16

17        On July 25, 2025, plaintiff was ordered to file a completed in forma pauperis application

18   or pay the filing fee within thirty days and was cautioned that failure to do so would result in a

19   recommendation that this action be dismissed.  The thirty day period has now expired, and

20   plaintiff has not responded to the court's order.

21        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district

22   court judge to this case; and

23        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See

24   Fed. R. Civ. P. 41(b).

25        These findings and recommendations are submitted to the United States District Judge

26   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

27   after being served with these findings and recommendations, any party may file written

28   objections with the court and serve a copy on all parties.  Such a document should be captioned

                                            1

1  "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

2  objections shall be served and filed within fourteen days after service of the objections.  The

3  parties are advised that failure to file objections within the specified time may waive the right to

4  appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

5  Dated:  September 8, 2025

6  _____
   CAROLYN K. DELANEY

7  UNITED STATES MAGISTRATE JUDGE

8

9

10

11  1

12  sing2025.fifp

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2